**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**VICKEY PRYOR**                                        Case No.  16-11787-JDW

    **Debtor**                                        Chapter 13

### ORDER GRANTING MOTION TO SHORTEN NOTICE TIME REGARDING DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS  (DKT. # 27)

This matter is before the Court on the Motion to Shorten Notice Time regarding Debtor's[1] **Motion to Suspend Plan Payments (Dkt. #26)** filed on May 14, 2020. (the "Motion to Shorten"). The Court has reviewed the Motion to Shorten and finds it well-taken. Accordingly, is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Shorten (Dkt. # 27) is **GRANTED.** The Debtor shall serve a copy of the **Motion to Suspend Plan Payments (Dkt. # 26)** and the Notice issued by the Court on all parties within three days of the entry of this Order, and the response deadline shall be the 7th day following entry of this Order.

##END OF ORDER##

---

[1] All references to "Debtor" shall refer to both debtors in a case filed jointly by two individuals.